**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:07-cr-00080-RCJ-PAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court for consideration is the Report of Findings and Recommendation from Magistrate Judge Peggy A. Leen, entered May 4, 2009 (Dkt #118).  No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report of Findings and Recommendation of the United States Magistrate Judge entered May 4, 2009, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#118) be affirmed and adopted and that Jenkins' Motion to Dismiss/Motion to Suppress (Dkt. #95) be **DENIED**.

DATED: July 2, 2009

_____
UNITED STATES DISTRICT COURT