## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL JENKINS<br><br>        Defendant. | District No.   2:07-CR-080 CRW PAL |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On January 5, 2011, this court received a transcript order form dated December 22, 2010 requesting a Transcript of the hearing held on November 22, 2010 from Ms. Margaret M. Stanish, counsel for Defendant Michael Jenkins, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _____ day of January, 2011.

_____
Peggy A. Leen
United States Magistrate Judge