IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                         No. 2:07-cr-80-CRW-PAL

MICHAEL JENKINS,

    Defendant.

The hearing scheduled to be held on April 18, 2011 is postponed in order to allow defendant Jenkins the opportunity to prepare and submit his brief to the U.S. Court of Appeals for the Ninth Circuit and to the undersigned judge.

The hearing will instead be held by telephone conference call placed by the court to counsel of record at 9:30 a.m. on May 10, 2011.

IT IS SO ORDERED.

Dated this 15th day of April, 2011.

_____
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT