UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

      Plaintiff,                        02:07-CR-00080-CRW

v.

                                          ORDER

MICHAEL JENKINS,

      Defendant.

On December 20, 2011, the United States Court of Appeals for the Ninth Circuit affirmed the judgment that included a prison sentence for defendant Michael Jenkins.

This court allowed Mr. Jenkins to self-report to a federal corrections center designated by the Federal Bureau of Prisons not more than thirty days after his appeal was denied unless the court or the Bureau of Prisons extends the time for him to self-report.

Mr. Jenkins must self-report by January 20, 2012 at 2:00 p.m. If defendant has any questions about where or when he should report, he should contact his probation officer or the United States Marshals Service in Las Vegas, Nevada.

IT IS SO ORDERED.

Dated this 11th day of January, 2012.

*[signature: Charles R Wolle]*

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT