UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

       Plaintiff,                02:07-CR-00080-CRW

v.
                                ORDER

MICHAEL JENKINS,

       Defendant.

The court will hold a hearing by telephone conference call at 8:30 a.m. (PST) on Tuesday, January 17, 2012, to address defendant Michael Jenkins' motion to extend by 28 days his date for surrender and self-report to a designated prison facility.  Before then government counsel, the probation officers assigned to supervise defendant in Nevada and Tennessee, and counsel for the defendant may file additional papers supporting or resisting the motion for extension of time.

Any person wishing to participate in the hearing shall use the "meet-me conference line" of the U.S. District Court for the Southern District of Iowa by dialing 515/284-6263 and entering this prompt: 116263.

IT IS SO ORDERED.

Dated this 13th day of January, 2012.

*/s/ Charles R. Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT