UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

      Plaintiff,                         02:07-CR-00080-CRW-PAL

v.

                                       ORDER

MICHAEL JENKINS,

      Defendant.

      The court grants plaintiff's unopposed motion for order waiving attorney client privilege.  The attorney-client privilege in this case as to defendant Michael Jenkins is waived with respect to the issues raised in his 28 U.S.C. section 2255 motion.  On or before June 11, 2012, Margaret Stanish shall provide plaintiff with affidavits addressing the allegations of ineffective assistance of counsel in defendant's 28 U.S.C. section 2255 motion.

      At 9:00 a.m. (PST) on May 17, 2012, the court will place a telephone conference call to counsel to receive arguments on plaintiff's resisted motion to compel defendant to turn over funds.  Michael Jenkins may participate by phone if Attorney Robert Story provides the court a telephone number where Mr. Jenkins can be reached at the time of the hearing.  This hearing will also constitute a status conference on the final hearing scheduled to be held on July 31, 2012 in Las Vegas.

      IT IS SO ORDERED.

      Dated this 10th day of March, 2012.

_____
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT

1