# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>    vs. )<br> )<br>MICHAEL JENKINS, )<br>            Defendant. ) | 2:07-cr-080-CRW-PAL<br><br>**Order to Unseal** |

Having reviewed the United States' Motion to Unseal, and having been fully advised in the premises,

**IT IS ORDERED** that the Government's motion is **granted**, and that District Court unseal the transcript of the hearing on November 22, 2010, CR 236, before Magistrate Peggy Leen.

DATED: this 17th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE