UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

      Plaintiff,                        02:07-CR-00080-CRW-PAL

v.

                                         ORDER

MICHAEL JENKINS,

      Defendant.

      The court will hold a status conference by telephone conference call it will place to counsel of record at noon on May 25, 2012.

      IT IS SO ORDERED.

      Dated this 18th day of May, 2012.

                                                  CHARLES R. WOLLE, JUDGE
                                                  U.S. DISTRICT COURT