UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

UNITED STATES OF AMERICA,

        Plaintiff,                        02:07-CR-00080-CRW-PAL

v.

                                           ORDER

MICHAEL JENKINS,

        Defendant.

At noon on June 1, 2012, the court will place a telephone conference call to Attorneys Robert Story and Kate Newman to conduct the status conference that was previously scheduled to be held on May 25, 2012.

        IT IS SO ORDERED.

Dated this 30th day of May, 2012.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT

1