# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### * * *

2012 JUN 12  A ⁑ 19

UNITED STATES OF AMERICA,

       Plaintiff,

       02:07-CR-00080-CRW-PAL

v.

       ORDER

MICHAEL JENKINS,

       Defendant.

       The court grants the parties' first request for a continuance of the July 31, 2012 hearing.

       On or before June 18, the parties shall file statements of what dates after August 14, 2012  they are available for a rescheduled hearing.

       IT IS SO ORDERED.

       Dated this 12th day of June, 2012.

       _Charles R Wolle_
       CHARLES R. WOLLE, JUDGE
       U.S. DISTRICT COURT