UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

2012 JUL 19 P 12: 43

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JENKINS,

    Defendant.

02:07-CR-00080-CRW

ORDER

In its response to the defendant's 28 U.S.C. section 2255 motion for post-conviction relief, the government contends no evidentiary hearing is required.

The court already scheduled a one-day evidentiary hearing to begin at 9:00 a.m. on August 15, 2012, at the U.S. Courthouse in Las Vegas.

Now defendant has filed on July 17, 2012, an "Unopposed Motion by Michael Jenkins to Continue the Evidentiary Hearing."

To decide whether an evidentiary hearing is required, and if so whether the scheduled hearing must be rescheduled, the court will hold a telephone conference at 11:00 a.m. on Wednesday, July 25, 2012, to receive arguments of counsel on whether an evidentiary hearing will be held on August 15 in Las Vegas and, if not, when the defendant's motion will be deemed submitted for ruling.

The court will have a court reporter from Iowa on the telephone conference.

Any person wishing to participate in the hearing shall use the "meet-me conference line" of the U.S. District Court for the Southern District of Iowa by dialing 515/284-6263 and entering this prompt: 116263.

IT IS SO ORDERED.

Dated this 19th day of July, 2012.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT