UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL JENKINS,

        Defendant.

02:07-CR-00080-CRW-PAL

ORDER

On August 15, 2012, at the U.S. Courthouse in Las Vegas, the court held an evidentiary hearing on the defendant's 28 U.S.C. section 2255 motion for post-conviction relief.

All evidence was received except the planned expert testimony defendant Michael Jenkins had hoped to present; the expert witness, Dr. Michael J. Perrotti, declined to testify at the hearing.

The court directs counsel for the parties to make every reasonable effort to arrange a time as soon as possible when Dr. Perrotti, the government expert witness Robert F. Asarnow, Ph.D., the attorneys for both parties, and the undersigned judge (with a deputy clerk and court reporter) may have a final telephone conference to receive the expert testimony of one or both expert witnesses. At the time they agree upon, defendant Jenkins, the witnesses, and the attorneys will use the call-in "meet-me" conference line of the U.S. District Court for the District of Nevada, Las Vegas, to complete the hearing.

Counsel shall file joint or separate status reports to the undersigned judge by August 27, 2012 to report on when the phone conference may be held.

IT IS SO ORDERED.

Dated this 21st day of August, 2012.

*Charles R Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT